# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDWIN RUSSELL TORRISON, | Case No. 2:12-cv-6939-ODW(MRWx) |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| KASEY THOMPSON et al., | |
| Defendants. | |

Under Federal Rule of Civil Procedure 4(m), Defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on August 10, 2012—no proof of service has been filed with the Court, and no Defendants have appeared in this case. Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendants have not been timely served. Plaintiff has 7 days to comply with this order; or if Defendants have been served, Plaintiff has 7 days to file the proofs of service. Failure to respond will result in dismissal of this action.

**IT IS SO ORDERED.**

December 10, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**