1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN RUSSELL TORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>KASEY THOMPSON et al.,<br><br>    Defendants. | Case No. 2:12-cv-6939-ODW(MRWx)<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF PROCESS** |

      On December 19, 2012, the Court granted Plaintiff's ex parte application to allow service upon Defendants Kasey Thompson and KST Holdings, LLC by publication in the *Los Angeles Times* at least once a week for four successive weeks. (ECF No. 8.)

      As of the date of this Order, more than four weeks have passed since the Court granted the application. No proof of service has been filed for Defendants Kasey Thompson and KST Holdings. Further, no proof of service has been filed for Defendant All In Media LLC. Under Federal Rule of Civil Procedure 4(m), the Court must dismiss a case without prejudice if a plaintiff fails to serve a defendant within 120 days after the complaint is filed, unless the plaintiff can show good cause for the failure.

      Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendants have not been timely served. Plaintiff has 10 days to comply with this order; or if Defendant

have been served, Plaintiff has 10 days to file the proof of service.  No hearing will be held.  Failure to respond will result in dismissal of this action.

**IT IS SO ORDERED.**

February 1, 2013

_____
       **OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**