1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWIN RUSSELL TORRISON,

           Plaintiff,

    v.

KASEY THOMPSON et al.,

              Defendants.

Case No. 2:12-cv-6939-ODW(MRWx)

**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION AND SERVICE OF PROCESS**

      Based on Plaintiff's Proof of Service, Defendants Kasey Thompson and KST Holdings LLC's answers to the Complaint were due March 3, 2013.  (ECF Nos. 12, 13.)  To date, no answer has been filed in this case.

      Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than March 16, 2013, why this case should not be dismissed for failure to prosecute.  The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer from Defendants.  In the event both documents are filed before the above date, the answer will take precedence.

      Further, no proof of service has been filed for Defendant All In Media LLC. Under Federal Rule of Civil Procedure 4(m), the Court must dismiss a case without prejudice if a plaintiff fails to serve a defendant within 120 days after the complaint is filed, unless the plaintiff can show good cause for the failure.  Plaintiff is hereby

1    **ORDERED TO SHOW CAUSE** why Defendant All In Media LLC has not been

2    timely served.  Plaintiff has until March 16, 2013, to respond to this order, setting

3    forth reasons why All In Media LLC has not been served.  Or if All In Media LLC has

4    been served, Plaintiff has until March 16, 2013 to file the proof of service.

5        No hearing will be held for either of these orders to show cause.  Failure to

6    timely respond to both orders to show cause will result in dismissal of this action.

7        **IT IS SO ORDERED.**

8

9    March 6, 2013

10    _____

11                    **OTIS D. WRIGHT, II**
                **UNITED STATES DISTRICT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28