Timothy P. Dillon, Esq. (SBN 190839)                                    JS-6
tdillon@dillongerardi.com
Sunjina K. Ahuja, Esq. (SBN 226130)
sahuja@dillongerardi.com
Members of DILLON & GERARDI, APC
4660 La Jolla Village Drive, Suite 1040
San Diego, CA 92122
Telephone: (858) 587-1800
Facsimile: (858) 587-2587

Attorneys for Plaintiff, RUSSELL TORRISON

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| EDWIN RUSSELL TORRISON, a.k.a. RUSSELL TORRISON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KASEY THOMPSON, an individual, KST HOLDINGS, LLC, a Nevada limited liability company; ALL IN MEDIA, LLC, a United States business entity of unknown origins, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No.: CV12-6939-ODW (MRWx)**<br><br>**JUDGMENT**<br><br>Courtroom: 11<br>District Judge: Otis D. Wright, II<br>Magistrate Judge: Michael Wilner<br><br>Complaint Filed: August 10, 2012 |

Having considered Plaintiff, EDWIN RUSSELL TORRISON a.k.a. RUSSELL TORRISON's ("TORRISON") Application for Default Judgment against Defendants

-1-

KASEY THOMPSON ("THOMPSON") and KST HOLDINGS, LLC ("KST") (collectively, "Defendants"), the Memorandum in support thereof, the Declarations of Sunjina K. Ahuja and TORRISON in support thereof, the pleadings and evidence on file with this Court,

**IT IS HEREBY ORDERED:**

TORRISON's Application for Default Judgment against THOMPSON and KST is **GRANTED**. Plaintiff is awarded and shall have judgment against Defendants THOMPSON and KST, jointly and severally, in the total amount of **$295,075.76**, which amount includes the principal unpaid amount of the loan made by TORRISON ($200,000), plus annual interest 10% from August 14, 2008 ($93,424.66), plus costs incurred by TORRISON in this action ($1,651.10).

**IT IS SO ORDERED**.

Dated: April 29, 2013

_____
Hon. Otis D. Wright, II
United States District Judge