UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 12-06939-ODW(MRWx) | Date | March 17, 2014 |
|---|---|---|---|
| Title | *Edwin Russell Torrison v. Kasey Thompson et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Debi Read | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Corey E. Klein | |

**Proceedings (In Chambers):**     **ORDER GRANTING GAIMS WEIL WEST LLP'S MOTION FOR LEAVE TO WITHDRAW [45]**

Case called.  Defense counsel appeared.

The Court **GRANTS** Gaims Weil West LLP's Motion for Leave to Withdraw from representing Defendants Kasey Thompson and All In Media LLC.  (ECF No. 45.)  The Court orders Gaims Weil West to serve Defendants with a copy of this Order and to instruct Defendant All In Media LLC that it has 21 days from the date it is served with this Order to retain substitute counsel.  If All In Media does not retain counsel within that period, the Court will strike its answer and enter default judgment against it.  Since Defendant Kasey Thompson is an individual, he may continue to represent himself if he chooses not to hire substitute counsel.  Gaims Weil West shall file proof of service of this Order and instructions on the docket.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | SE | |