# United States District Court
# Central District of California

| | |
|---|---|
| EDWIN RUSSELL TORRISON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KASEY THOMPSON; KST HOLDINGS LLC; ALL IN MEDIA LLC; DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case № 2:12-cv-06939-ODW(MRWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On August 27, 2014, the parties notified the Court that they reached a settlement in this matter. The Court therefore **VACATES** all outstanding dates in this action and **ORDERS** the parties to **SHOW CAUSE** in writing by **Monday, September 29, 2014**, why they have not finalized settlement. No hearing will be held; the parties shall respond in writing. The Court will discharge this Order upon the filing of a stipulated dismissal. Failure to timely respond will result in dismissal for lack of prosecution.

　　**IT IS SO ORDERED.**

　　August 27, 2014

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**