# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-6939 ODW (MRWx) | Date | August 26, 2014 |
| Title | Edwin R. Torrison v. Kasey Thompson | | |

| Present: The Honorable | Michael R. Wilner | | |
|---|---|---|---|
| Veronica McKamie | CS 8/26/2014 | None |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Timothy P. Dillon | John F. Bazan |
| | Kasey Thompson, Pro Se |

**Proceedings:**     **ORDER RE: SETTLEMENT CONFERENCE**

The Court conducted a settlement conference with the parties today. Case settles.

|  |  |  |
|---|---|---|
|  | 5 | : 00 |
| Initials of Preparer | vm |  |