# United States District Court
# Central District of California

| | |
|---|---|
| EDWIN RUSSELL TORRISON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KASEY THOMPSON; KST HOLDINGS, LLC; ALL IN MEDIA, LLC; DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case № 2:12-cv-06939-ODW(MRWx)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE [76] AND RESCHEDULING PRETRIAL AND TRIAL DATES** |

　　　In light of Plaintiff Edwin Russell Torrison's Response to the August 27, 2014 Order to Show Cause Re. Settlement (ECF No. 79), the Court **CONTINUES** the Order to Show Cause until **Monday, November 3, 2014** (ECF No. 76).  No hearing on the Order to Show Cause will be held.  If a dismissal in compliance with Federal Rule of Civil Procedure 41 is not filed on the docket at that time, the following schedule will take effect:

- All pretrial conference papers and motions in limine shall be filed with the Court **no later than Monday, November 17, 2014**.
- The Court will hold a pretrial conference and hear motions in limine on **Monday, December 1, 2014, at 2:30 p.m.**
- Trial is scheduled for **Tuesday, December 16, 2014, at 9 a.m.**

No further continuances or extensions will be granted in this case.  Failure of any party to comply with this Order will result in either dismissal of this action or entry of default.

**IT IS SO ORDERED.**

October 3, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2